ALFRED J. CALLAHAN, as Trustee, Appellant and Respondent, *v.* IMPERIAL THEATRE CORPORATION et al., Defendants, and HARRY K. KELLAR, as Receiver, Respondent and Appellant.

Submitted April 8, 1940; decided April 16, 1940.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 644.)

MARY F. BUCHANAN, Appellant, *v.* WILLIAM H. BUCHANAN, Respondent.

Submitted April 8, 1940; decided April 16, 1940.

*Robert S. Mullen* for motion.
*Sidney S. Levine* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal within ten days, in which event the motion is denied.